UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A., *a minor, by and through his Guardian ad Litem, Gayle Adelman*,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SHASTA, et al.,<br><br>Defendants. | No. 2:23-cv-00675-DAD-DMC<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), plaintiff J.A.'s pending motion for the appointment of a Guardian ad Litem (Doc. No. 4) is hereby referred to United States Magistrate Judge Dennis M. Cota for issuance of an order in accordance with 28 U.S.C. § 636(b)(1)(A).

IT IS SO ORDERED.

Dated:   **April 12, 2023**

　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1