**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.A., a minor, by and through his Guardian Ad Litem GAYLE ADELMAN<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SHASTA, a local government entity; DEPUTY ISAAC LOCKWOOD, in his individual capacity; SHERIFF MICHAEL L. JOHNSON, in his individual capacity, and DOES 1-20 inclusive.<br><br>Defendants. | **CIVIL ACTION NO. 2:23-CV-00675-DAD-DMC**<br><br>**ORDER RE: PETITION FOR GUARDIAN AD LITEM** |

The Court having considered the petition of J.A. for the appointment of Gayle Adelman to act as Guardian ad Litem for J.A. who is a minor, and good cause appearing therefor.

/ / /

/ / /

/ /

/ / /

/ / /

1
2   **IT IS HEREEBY ORDERED** that Gayle Adelman be, and she is, hereby appointed as
3   Guardian ad Litem for J.A., a minor plaintiff in the above-entitled action, and she is authorized to
4   institute and prosecute the action mentioned in the petition.
5
6
7   Dated:  April 12, 2023
8
                                                              _____
9                                                             DENNIS M. COTA
                                                              UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28