**CATHLEEN THERESA BARR**............................State Bar No. 295538
**BRANDON STORMENT** .....................................State Bar No. 267260
**ESTEE LEWIS** ...................................................State Bar No. 268358
**ANTHONY MILLER**............................................State Bar No. 320893
**ANDREW S. PLETCHER (OF COUNSEL)**…… State Bar No. 299437
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A., a minor, by and through his Guardian Ad Litem GAYLE ADELMAN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SHASTA, a local government entity; DEPUTY ISAAC LOCKWOOD, in his individual capacity; SHERIFF MICHAEL L. JOHNSON, in his individual capacity, and DOES 1-20 inclusive.<br><br>Defendants. | No. 2:23-CV-00675-DAD-DMC<br><br>**ORDER RE: STIPULATION TO MODIFY THE SCHEDULING ORDER DATED OCTOBER 24, 2023** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**[Proposed] Order re: Stipulation To Modify the Scheduling Order Dated October 24, 2023**

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED,** based on the Stipulation of the Parties, by and through their attorneys of record, that the Schedule Order dated October 24, 2023 (Document ID 23), is be modified as follows:

| Deadline Item | Current Deadline Date | New Deadline Date |
|---|---|---|
| Non-expert Discovery Cutoff | October 25, 2024 | May 23, 2025 |
| Initial Disclosure of Expert Reports | November 15, 2024 | June 13, 2025 |
| Responsive/Rebuttal Expert Reports | December 20, 2024 | July 11, 2025 |
| Expert Discovery Closes | May 2, 2025 | October 24, 2025 |
| Last day for Dispositive Motions to be heard | June 13, 2025 | December 19, 2025 |
| Settlement Conference | September 10, 2025, at 10:00 AM | February 11, 2026, at 10:00 AM |
| Final Pretrial Conference | December 9, 2025, at 1:30 PM | June 9, 2026, at 1:30 PM[1] |
| Trial | February 9, 2026, at 9:00 AM | August 10, 2026, at 9:00 AM[2] |

**IT IS SO ORDERED.**

**Dated:  July 22, 2024**



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1]  The requested date of June 1, 2026, is not available on the District Judge's calendar.
[2]  The requested date of July 13, 2026, is not available on the District Judge's calendar.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
**[Proposed] Order re: Stipulation To Modify the Scheduling Order Dated October 24, 2023**